## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **ADVERIO PHARMA GMBH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **Hon. Esther Salas** |
| | : | **Civil Action No. 23-1285** |
| **v.** | : | |
| | : | **PRETRIAL SCHEDULING ORDER** |
| **ALEMBIC PHARMACEUTICAL** | : | |
| **LIMITED, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on August 29, 2023; and for good cause shown:

**IT IS on this 29th day of August, 2023,**

**ORDERED THAT:**

1. A telephone status conference shall be held before the undersigned on **12/19/2023 at 11:30 A.M.** Counsel for Plaintiff is directed to initiate the call to (973) 776-7700. If the conference is going to be conducted via dial-in, the parties are instructed to call Chambers once everyone is on the line and provide the dial-in information at that time. Dial-in numbers will not be accepted prior to the conference. The parties are to submit a joint status letter no later than **12/13/2023**, itemizing the issues counsel would like to discuss in the upcoming conference.

2. The parties may serve interrogatories limited to **twenty-five (25)** single questions. Such interrogatories, and initial requests for production of documents, as well as initial requests for admissions shall be served by **a date to be determined by the parties** and shall be responded to by **a date to be determined by the parties**.

3. The parties shall be limited to **ten (10)** depositions. No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. *See* Fed. R. Civ. P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

4. Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed. *See* L. Civ. R. 16.1(f)(1). No discovery motion or motion for

sanctions for failure to provide discovery shall be made without prior leave of Court.

5.  Discovery shall proceed as set forth in Exhibit A to this Order.

6.  **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37.**

s/ James B. Clark, III

**JAMES B. CLARK, III**
**United States Magistrate Judge**

EXHIBIT A

| Event | Due Date |
|---|---|
| Initial Conference | Tuesday, August 29, 2023 |
| Submit Confidentiality Order to the Court | Tuesday, September 12, 2023 |
| Plaintiff's Disclosure of Asserted Claims | Friday, November 3, 2023 |
| Defendant's Invalidity Contentions and associated document production | Friday, November 17, 2023 |
| Defendant's Non-Infringement Contentions Due with accompanying Document Production | Friday, November 17, 2023 |
| Plaintiff's Infringement Contentions Due with accompanying Document Production | Friday, January 12, 2024 |
| Plaintiff's Responses to Invalidity Contentions Due with accompanying Document Production | Friday, January 12, 2024 |
| Exchange of List of Claim Terms for Construction | Tuesday, January 16, 2024 |
| Meet and confer to limit terms in dispute | Anytime between disclosures of terms and exchange of preliminary proposed constructions |
| Exchange of preliminary proposed constructions and identification of supporting intrinsic evidence | Tuesday, February 13, 2024 |
| Exchange of rebuttal intrinsic and extrinsic evidence | Tuesday, February 27, 2024 |

| | |
|---|---|
| Meet and confer to limit terms in dispute and discuss JCCPS | Anytime between disclosures of terms and exchange of preliminary proposed constructions |
| File Joint Claim Construction and Prehearing Statement | Thursday, March 7, 2024 |
| Completion of Claim Construction Discovery | Friday, April 12, 2024 |
| Opening Markman Submissions | Tuesday, April 23, 2024 |
| Completion of Expert Claim Construction Discovery | Thursday, May 16, 2024 |
| Responsive Markman Submissions | Friday, June 7, 2024 |
| Propose to the Court a schedule for Claim Construction Hearing | Wednesday, July 10, 2024 |
| Substantial Completion of Document Production | Friday, July 19, 2024 |
| Close of Fact Discovery | Friday, August 16, 2024 |
| Deadline to amend pleadings or add parties and may be made only by order of the Court upon a timely application and showing of good cause | Friday, August 16, 2024 |
| All Parties Exchange Opening Expert Reports on All Issues for which Party Bears Burden of Proof | Friday, September 27, 2024 |
| All Parties Exchange Responsive Expert Reports | Friday, November 1, 2024 |
| Reply Expert Reports | Friday, November 15, 2024 |
| Close of Expert Discovery | Friday, January 10, 2025 |
| Deadline to Request Leave to File Dispositive Motions | Friday, January 17, 2025 |
| Submission of the Parties' Joint Pretrial Order | TBD (February 2025) |
| Final Pretrial Conference | TBD (February 2025) |
| Trial | TBD (March 2025) |
| Expiration of 30-month stay | No earlier than July 23, 2025 |